UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**HUI LI,**

    **Plaintiff,**

v.                                                                     Case No. 3:24cv327-TKW-HTC

**MERRICK GARLAND, et al.,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for lack of jurisdiction. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's petition for writ of mandamus is **DISMISSED without prejudice** for lack of jurisdiction.

3. The Clerk shall enter judgment in accordance with this Order and close the file.

**DONE and ORDERED** this 26th day of August, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**